UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JESSIE JAMES WOODS,

        Plaintiff,

vs.

SCOTT TURPIN, et. al.,

        Defendants.

No. C 13-4774 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a detainee. The acts complained of occurred in Delhi, CA which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: November 6, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Woods4774.trn.wpd